


CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN a/k/a DZ BK AG DEUTSCHE ZENTRAL NY BR a/k/a DZ BANK AG a/k/a DZ BANK,<br><br>Plaintiff,<br><br>v.<br><br>CONNECT INSURANCE AGENCY, INC.,<br><br>Defendant.<br><br>SAFECO INSURANCE COMPANY OF OREGON,<br><br>Garnishee Defendant. | Case No. 3:14-cv-05880-JLR<br><br>16 MS-00078 RSL<br><br>**WRIT OF GARNISHMENT**<br><br>Misc. Action No. |

WRIT OF GARNISHMENT -- 1

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646



THE UNITED STATES OF AMERICA TO: Safeco Insurance Company of Oregon
175 Berkeley Street
Boston, MA 02116

AND TO: Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation

The above-named Plaintiff has applied for a writ of garnishment against you, claiming that Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation, are indebted to Plaintiff and that the amount to be held to satisfy that indebtedness is **$582,951.30**, consisting of:

| | | |
|---|---:|---:|
| Balance on Judgment | | $ 582,565.30 |
| Estimated garnishment costs: | | |
|    Filing Fee and Ex Parte Fees: | $ 46.00 | |
|    Service and Affidavit Fee: | $ 0.00 | |
|    Postage/Certified Mail: | $ 20.00 | |
|    Answer Fee or Fees: | $ 20.00 | |
|    Garnishment Attorney Fee: | $ 300.00 | $ 386.00 |
| **TOTAL** | | $ 582,951.30 |

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court or by this writ, not to pay any debt, whether earnings subject to this garnishment or any other debt, owed to Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property, funds or effects of Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation in your possession or control at the time when this writ was served. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer form and, within either twenty (20) days after the service of the writ upon you or within forty (40) days of the date of service upon the Washington Insurance Commissioner, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to Defendant, in the envelopes provided.

WRIT OF GARNISHMENT -- 2

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

If you owe Connect Insurance Agency, Inc., a Texas corporation and/or Connect Insurance Agency, Inc., a Florida corporation a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and release all additional funds or property to Connect Insurance Agency, Inc., a Texas corporation and/or Connect Insurance Agency, Inc., a Florida corporation.

Counsel for the plaintiff states that:

a. Connect Insurance Agency, Inc., a Texas corporation address is: 201 SE 124th Ave., Suite 102, Vancouver, WA 98684;

b. Connect Insurance Agency, Inc., a Florida corporation address is: 125 South State Road 7, #104-178, Wellington, FL 33414

IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM AGAINST CONNECT INSURANCE AGENCY, INC., A TEXAS CORPORATION AND CONNECT INSURANCE AGENCY, INC., A FLORIDA CORPORATION WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO CONNECT INSURANCE AGENCY, INC., A TEXAS CORPORATION AND/OR CONNECT INSURANCE AGENCY, INC., A FLORIDA CORPORATION. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

JUDGMENT MAY ALSO BE ENTERED AGAINST CONNECT INSURANCE AGENCY, INC., A TEXAS CORPORATION AND/OR CONNECT INSURANCE AGENCY, INC., A FLORIDA CORPORATION FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.

Witness, the Honorable Robert S. Lasnik, Judge of the above-entitled Court, and the seal thereof, on June 2, 2016 (date).

WILLIAM M. MCCOOL
CLERK OF THE COURT
By: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
700 Stewart Street, Suite 2310
Seattle, WA 98101

WRIT OF GARNISHMENT -- 3

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

ROBERTS JOHNS & HEMPHILL, PLLC

_____
MICHAEL W. JOHNS, WSBA #22054
Attorney for Plaintiff
7525 Pioneer Way, Suite 202
Gig Harbor, WA 98335
(253) 858-8606

Defendants' Names and Addresses:

Connect Insurance Agency, Inc., a Texas corporation
201 SE 124th Ave., Suite 102
Vancouver, WA 98684

Connect Insurance Agency, Inc., a Florida corporation
125 South State Road 7, #104-178
Wellington, FL 33414

WRIT OF GARNISHMENT -- 4

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646